IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-141-KDB-DCK

| AAA SE STORAGE II, LLC, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| JM ASSETS, LP, et al., | ) |  |
| Defendants. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by Brandon C. E. Springer, concerning Mike Shanlever on November 5, 2019. Mike Shanlever seeks to appear as counsel *pro hac vice* for Plaintiff AAA SE Storage II, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. Mike Shanlever is hereby admitted *pro hac vice* to represent Plaintiff AAA SE Storage II, LLC.

**SO ORDERED**.

Signed: November 5, 2019

David C. Keesler
United States Magistrate Judge