IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-141-KDB-DCK

| | |
|---|---|
| AAA SE STORAGE II, LLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| JM ASSETS, LP, A-A-A STORAGE, LLC, BIG BEAR CONSTRUCTION, LTD., BIG BEAR CONSTRUCTION MANAGEMENT, LLC, GARY M. LONG, and JOHN MUHICH, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay All Deadlines And Notice Of Settlement" (Document No. 21) filed February 20, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay All Deadlines And Notice Of Settlement" (Document No. 21) is **GRANTED**. This matter is **STAYED** until otherwise ordered by this Court.

**IT IS FURTHER ORDERED** that the parties shall file a Stiplation of Dismissal or Status Report, on or before **March 23, 2020**.

Signed: February 21, 2020

David C. Keesler
United States Magistrate Judge